1  DAVID MASTAGNI/SBN 57721
   AMANDA UHRHAMMER/SBN 199445
2  **MASTAGNI, HOLSTEDT, AMICK,
   MILLER, JOHNSEN & UHRHAMMER**
3  A Professional Corporation
   1912 I Street
4  Sacramento, CA 95814
   Telephone: (916) 446-4692
5  Facsimile: (916) 47-4614

6  Attorneys for Plaintiffs
   PENSION TRUST FUND FOR OPERATING
7  ENGINEERS LOCAL 3; BOARD OF TRUSTEES
   OF THE PENSION TRUST FUND FOR
8  OPERATING ENGINEERS LOCAL 3; JOHN
   BONILLA; GIL CROSTHWAITE; ROBERT DOUB;
9  THOMAS HOLSMAN; JOHN HUMBER;
   JIM MURRAY; RICHARD PIOMBO;
10 RENE VERERUYSSEN; KEN WALTERS;
   LANCE WILHELM; CURTIS BROOKS;
11 RUSS BURNS; CARL GOFF; FRANK
   HERRERA; T. ROBERT MILLER;
12 WALT POWERS; JOE VIEIRA; ROB WISE

13           **UNITED STATES DISTRICT COURT**

14           **EASTERN DISTRICT OF CALIFORNIA**

15

16 PENSION TRUST FUND FOR
   OPERATING ENGINEERS LOCAL 3;        **Case No.   2:06-CV-00907-WBS-DAD**
   BOARD OF TRUSTEES OF THE PENSION
17 TRUST FUND FOR OPERATING ENGINEERS   STIPULATION TO MOVE THE MOTION
   LOCAL 3; JOHN BONILLA; GIL           TO DISMISS STATE LAW CLAIMS
18 CROSTHWAITE; ROBERT DOUB; THOMAS     CURRENTLY SCHEDULED TO BE
   HOLSMAN; JOHN HUMBER; JIM MURRAY;    HEARD ON AUGUST 7, 2006 TO
19 RICHARD PIOMBO; RENE VERERUYSSEN;    SEPTEMBER 5, 2006, [PROPOSED
   KEN WALTERS; LANCE WILHELM; CURTIS   ORDER]
20 BROOKS; RUSS BURNS; CARL GOFF;
   FRANK HERRERA; T. ROBERT MILLER;     PREVIOUS MOTION DATE: 8/7/06
21 WALT POWERS; JOE VIEIRA; ROB WISE    PROPOSED NEW MOTION DATE: 9/5/06

22          Plaintiffs,
   v.                                   **Honorable William B. Shubb**
23 MCMORGAN & CO.;
   MCMORGAN & COMPANY, LLC;
24 LIFFEY, LLC; STANTON, KAY & WATSON;
   WEINBERG, ROGER & ROSENBERG; VAN
25 BOURG, WEINBERG, ROGER & ROSENBERG;
   JAMES WATSON; BARRY HINKLE; EDWARD
26 MEVI; DAVID HOWARD; PAYNE, THOMPSON,
   WALKER & TAAFFE; AND DOES 1 TO 100,
27 INCLUSIVE
            Defendants.
28

---

STIPULATION and [PROPOSED] ORDER            Case No.   2:06-CV-00907-GEB-DAD

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLAINTIFF'S PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3, et al. AND DEFENDANTS MCMORGAN & COMPANY LLC and DAVID HOWARD, by and through their counsel, hereby stipulate to move the hearing date on the Defendants' Motion to Dismiss State Law Claims.  Good cause exists for the stipulated extension:

a) Parties are still in the process of organizing an early mediation that would address all of plaintiff's claims.   The parties are attempting to schedule mediation for sometime in September or October, 2006.

b) Summons and Complaints have only recently all been served.  Parties are still joining this matter and will be invited to participate in and have expressed interest in early mediation efforts.

c). Motions of other parties are currently scheduled for September 5, 2006 and the undersigning parties wish the motion which is the subject of this stipulation be heard on the same day as the other motions.

//

//

STIPULATION and [PROPOSED] ORDER

Case No.   2:06-CV-00907-GEB-DAD

2

Based on the foregoing, Plaintiffs and the McMorgan Defendants jointly request an order re-scheduling:

1. The date of the hearing for Defendants' Motion to Dismiss State Law Claims from August 7, 2006 to September 5, 2005 at 1:30 p.m., with the opposition and reply briefing deadlines to be based upon the new hearing date.

IT IS SO STIPULATED.

DATED: July 18, 2006                         **BARGER & WOLEN, LLP**

                                             /s/
                                             TINO X. DO
                                             Attorneys for MCMORGAN & COMPANY LLC
                                             and DAVID HOWARD

DATED: July 18, 2006                         **MASTAGNI, HOLSTEDT, AMICK,
                                             MILLER, JOHNSEN & UHRHAMMER**

                                             /s/
                                             AMANDA UHRHAMMER
                                             Attorneys for PENSION TRUST FUND FOR
                                             OPERATION ENGINEERS LOCAL 3 et al.

**ORDER**

THE FOREGOING PARTIES HAVING STIPULATED TO CONTNUE THE MOTION TO DISMISS STATE LAW CLAIMS FROM AUGUST 7, 2006 TO SEPTEMBER 5, 2006 AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT

1. The hearing date for Defendant's Motion to Dismiss State Law Claims is re-scheduled to September 5, 2006, at 1:30 p.m., and the opposition and reply briefing deadlines will be based upon the new hearing date.

Date: July 19, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE