1  John H. Feeney - 083395
   Thomas J. D'Amato - 219174
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for Defendants
   STANTON, KAY & WATSON, JAMES WATSON AND EDWARD MEVI
6

7              UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA

9                 SACRAMENTO DIVISION

10

11 PENSION TRUST FUND FOR THE              Case No.: 2:06-CV-00907-WSB-PAN
   OPERATING ENGINEERS, et al.,
                                           **STIPULATION AND ORDER DEEMING**
12        Plaintiffs,                      **RESPONSIVE PLEADING BY**
                                           **DEFENDANT STANTON, KAY &**
13 v.                                      **WATSON TO BE THE RESPONSIVE**
                                           **PLEADINGS OF DEFENDANTS JAMES**
14 MCMORGAN & COMPANY, LLC, et al.,        **WATSON AND EDWARD MEVI**

15        Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

STIPULATION AND ORDER DEEMING RESPONSIVE PLEADING BY DEFENDANT STANTON, KAY &
WATSON TO BE THE RESPONSIVE PLEADINGS OF DEFENDANTS JAMES WATSON AND EDWARD MEVI

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the law firm of Murphy, Pearson, Bradley & Feeney represents Defendants STANTON, KAY & WATSON ("SKW"), JAMES WATSON and EDWARD MEVI in the above-entitled action;

WHEREAS, Defendant SKW electronically filed and served its responsive pleading, entitled MOTION TO DISMISS PLAINTIFFS' COMPLAINT REGARDING ATTORNEY FEES; MOTION TO STRIKE PLAINTIFFS' IMPROPER REQUESTS FOR RELIEF; AND ALTERNATIVELY, MOTION FOR MORE DEFINITIVE STATEMENT on August 4, 2006 ("The Motion") pursuant to stipulation between counsel;

WHEREAS, through inadvertence, mistake and/or excusable neglect, The Motion was not made on behalf of Mr. James Watson or Mr. Edward Mevi in that their names were omitted from the pleadings;

WHEREAS, The Motion should have been made on behalf of Mr. Watson and Mr. Mevi upon the same basis as those asserted in The Motion;

WHEREAS, upon immediately discovering the omission, Defense counsel notified Plaintiffs' counsel of the inadvertent mistake;

WHEREAS, no cross-complaint has been asserted by any other party(ies) against SKW, Mr. Watson or Mr. Mevi;

WHEREAS, it is in the interest of justice that The Motion be deemed filed on behalf of Mr. Watson and Mr. Mevi, individually;

COMES NOW, Plaintiffs and Defendants SKW, Mr. Watson and Mr. Mevi, by and through their respective counsel, hereby STIPULATE as follows:

(1) The MOTION TO DISMISS PLAINTIFFS' COMPLAINT REGARDING ATTORNEY FEES; MOTION TO STRIKE PLAINTIFFS' IMPROPER REQUESTS FOR RELIEF; AND ALTERNATIVELY, MOTION FOR MORE DEFINITIVE STATEMENT which was electronically filed and served on August 4, 2006 by Defendant SKW, shall be deemed, and is in fact, the responsive pleading of Defendant JAMES WATSON and EDWARD MEVI;

(2) JAMES WATSON and EDWARD MEVI are joined in The Motion for all purposes; and

/ / /

STIPULATION AND ORDER DEEMING RESPONSIVE PLEADING BY DEFENDANT STANTON, KAY & WATSON TO BE THE RESPONSIVE PLEADINGS OF DEFENDANTS JAMES WATSON AND EDWARD MEVI

PDF created with pdfFactory trial version www.pdffactory.com

(3) Plaintiffs shall raise no objection or opposition to The Motion based upon the inadvertent mistake herein described and shall not take any action to enter a default judgment against Mr. Watson or Mr. Mevi as a result of the inadvertent mistake herein described.

IT IS SO STIPULATED.

Dated: August 7, 2006

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Thomas J. D'Amato
   Thomas J. D'Amato
   Attorneys for Defendants
   STANTON, KAY & WATSON, JAMES WATSON
   AND EDWARD MEVI

Dated: August 7, 2006

MASTAGNI, HOLSTEDT, AMICK, MILLER,
   JOHNSEN & UHRHAMMER

By /s/ Amanda S. Uhrhammer
   Amanda S. Uhrhammer
   Attorneys for Plaintiffs
   PENSION TRUST FUND FOR THE OPERATING
   ENGINEERS

Pursuant to the Local Rules of the United States District Court, Eastern District of California, Rule 83-143, the forgoing Stipulation is approved by the Court and entered as the Order of this Court.

DATED:  August 9, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

TJD.10333221.doc

- 3 -

STIPULATION AND ORDER DEEMING RESPONSIVE PLEADING BY DEFENDANT STANTON, KAY & WATSON TO BE THE RESPONSIVE PLEADINGS OF DEFENDANTS JAMES WATSON AND EDWARD MEVI

PDF created with pdfFactory trial version www.pdffactory.com