Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:    916/558-6000
Facsimile:     916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>        Defendants. | Case No. CIV.S-06-0907 WBS JFM<br><br>INITIAL STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  an extension of time, up to and including September 18, 2006, for Payne to respond to
2  plaintiffs' complaint.
3      Various motions to dismiss or strike made by other defendants are currently pending
4  and now calendared for hearing on September 5, 2006, at 1:30 p.m.
5      Another defendant has been granted an extension of time to respond to the complaint
6  until September 18, 2006.
7      In the interest of avoiding unnecessary expense and in order that the pending motions
8  may be heard prior to Payne's response, counsel for plaintiffs and Payne have agreed Payne
9  need not respond to the complaint until September 18, 2006.

Dated:  August 16, 2006

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
a law corporation

By: _____
    Louise Burda Gilbert
    State Bar No. 70957

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

Dated:  August ___, 2006

MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSON & UHRHAMMER
A Professional Corporation

By: _____
    Amanda Uhrhammer
    State Bar No. 199445

Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

<u>ORDER</u>

IT IS SO ORDERED that defendant Payne Thompson Walker & Taafe shall have up to and including September 18, 2006 to respond to the plaintiffs' complaint.

Dated:  September 12, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{9999/LBG/LBG/909817.DOC;}   3   Initial Stip. & [Proposed] Order for Ext. of Time for Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com