Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:    916/558-6000
Facsimile:     916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>Plaintiffs,<br><br>vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. CIV.S-06-0907 WBS JFM<br><br>INITIAL STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

/ / /

{12795/15369/LBG/918791.DOC;}    1    Initial Stip. & [Proposed] Order for Ext. of Time for Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

an extension of time, up to and including October 23, 2006, for Payne to respond to plaintiffs' complaint.

Various motions to dismiss or strike made by other defendants are currently pending and now calendared for hearing on September 5, 2006, at 1:30 p.m.  They were taken under submission and a decision will be issued by the Court in due course.

In the interest of avoiding unnecessary expense and in order that the pending motions may be decided prior to Payne's response, counsel for plaintiffs and Payne have agreed Payne need not respond to the complaint until October 23, 2006.

Dated:  September 14, 2006          Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
a law corporation


By:          /S/   Louise Burda Gilbert
    Louise Burda Gilbert
    State Bar No. 70957

    Attorneys for Defendant
    Payne, Thompson, Walker & Taaffe


Dated:  September 14, 2006          MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                    JOHNSON & UHRHAMMER
                                    A Professional Corporation


By:          /S/   Amanda Uhrhammer
    Amanda Uhrhammer
    State Bar No. 199445

    Attorneys for Plaintiffs


ORDER

IT IS SO ORDERED that defendant Payne Thompson Walker & Taafe shall have up to and including October 23, 2006 to respond to the plaintiffs' complaint.

Dated:  September 16, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{12795/15369/LBG/918791.DOC;}          2          Initial Stip. & [Proposed] Order for Ext. of Time
                                                  for Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com