1  DAVID MASTAGNI/SBN 57721
   AMANDA UHRHAMMER/SBN 199445
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  A Professional Corporation
   1912 I Street
4  Sacramento, CA 95814
   Telephone: (916) 446-4692
5  Facsimile: (916) 47-4614

6  Attorneys for Plaintiffs
   PENSION TRUST FUND FOR OPERATING
7  ENGINEERS LOCAL 3; BOARD OF TRUSTEES
   OF THE PENSION TRUST FUND FOR
8  OPERATING ENGINEERS LOCAL 3; JOHN
   BONILLA; GIL CROSTHWAITE; ROBERT DOUB;
9  THOMAS HOLSMAN; JOHN HUMBER;
   JIM MURRAY; RICHARD PIOMBO;
10 RENE VERERUYSSEN; KEN WALTERS;
   LANCE WILHELM; CURTIS BROOKS;
11 RUSS BURNS; CARL GOFF; FRANK
   HERRERA; T. ROBERT MILLER;
12 WALT POWERS; JOE VIEIRA; ROB WISE

13              **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

16 PENSION TRUST FUND FOR               **Case No.    2:06-CV-00907-WBS-PAN**
   OPERATING ENGINEERS LOCAL 3;
   BOARD OF TRUSTEES OF THE PENSION     STIPULATION TO CONTINUE THE
17 TRUST FUND FOR OPERATING ENGINEERS   SCHEDULING CONFERENCE,
   LOCAL 3; JOHN BONILLA; GIL            [~~PROPOSED~~ ORDER]
18 CROSTHWAITE; ROBERT DOUB; THOMAS
   HOLSMAN; JOHN HUMBER; JIM MURRAY;
19 RICHARD PIOMBO; RENE VERERUYSSEN;    **Honorable William B. Shubb**
   KEN WALTERS; LANCE WILHELM; CURTIS
20 BROOKS; RUSS BURNS; CARL GOFF;
   FRANK HERRERA; T. ROBERT MILLER;
21 WALT POWERS; JOE VIEIRA; ROB WISE

22           Plaintiffs,
   v.
23 MCMORGAN & CO.;
   MCMORGAN & COMPANY, LLC;
24 LIFFEY, LLC; STANTON, KAY & WATSON;
   WEINBERG, ROGER & ROSENBERG; VAN
25 BOURG, WEINBERG, ROGER & ROSENBERG;
   JAMES WATSON; BARRY HINKLE; EDWARD
26 MEVI; DAVID HOWARD; PAYNE, THOMPSON,
   WALKER & TAAFFE; AND DOES 1 TO 100,
27 INCLUSIVE
           Defendants.
28 _____//

STIPULATION and [PROPOSED] ORDER        1    **Case No.    2:06-CV-00907-WBS-PAN**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLAINTIFFS PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3, et al. AND DEFENDANTS MCMORGAN & COMPANY LLC; LIFFEY, LLC; DAVID HOWARD; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI;  by and through their counsel, hereby stipulate and request to continue the Status Conference currently set for October 23, 2006 to December 18, 2006.  Good cause exists for the stipulated extension:

a) Parties are scheduled to mediate the case on December 4th and 5th, 2006, and are committed to serious efforts to resolve the matter at that time.  There will be a significant exchange of information prior to the mediation so as to facilitate the process and increase the chances of resolution.

b) Plaintiffs must amend their complaints by October 24, 2006 which may lead to further motions being filed.  If the Status Conference is continued to December 18, 2006, the pleadings will, in all likelihood, be final and the case may proceed more expeditiously at that time in the event settlement is not reached by December 4th and 5th, 2006.

Based on the foregoing, the parties jointly request an order re-scheduling the Status Conference to December 18, 2006

IT IS SO STIPULATED.

DATED: October 6, 2006                          **BARGER & WOLEN, LLP**

                                                                                          /s/ Tino Do
                                                                                      TINO DO
Attorneys for MCMORGAN & COMPANY LLC and DAVID HOWARD

| | | |
|---|---|---|
| 1 | DATED: October 6, 2006 | **KEKER & VAN NEST, LLP** |
| 2 | | |
| 3 | | _____/s/_____ Rachael Meny_____<br>Rachael Meny<br>Attorneys for Defendant WEINBERG, ROGER & ROSENFELD AND BARRY HINKLE |
| 4 | | |
| 5 | | |
| 6 | DATED: October 6, 2006 | **MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER** |
| 7 | | |
| 8 | | /s/ Amanda Uhrhammer<br>AMANDA UHRHAMMER<br>Attorneys for PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al. |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | DATED: October 6, 2006 | **MURPHY, PEARSON, BRADLEY & FEENEY** |
| 13 | | /s/ Thomas D'Amato<br>Thomas D'Amato |
| 14 | | Attorneys for Defendant STANTON, KAY & WATSON |
| 15 | | |
| 16 | DATED: October 6, 2006 | **ORRICK, HERRINGTON & SUTCLIFFE, LLP** |
| 17 | | |
| 18 | | **/s/ Gabriel Reynoso**<br>Gabriel Reynoso |
| 19 | | Attorneys for Defendant LIFFEY, LLC |

**ORDER**

THE FOREGOING PARTIES HAVING STIPULATED TO CONTINUE THE STATUS CONFERENCE TO DECEMBER 18, 2006 AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the Status Conference currently set for October 23, 2006 is continued to December 18, 2006 at 9:00 a.m..

Date: October 11, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE