JAMES N. KRAMER (SBN 154709)
GABRIEL Z. REYNOSO (SBN 234027)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759
jkramer@orrick.com
greynoso@orrick.com

Attorneys for Defendant
LIFFEY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>Plaintiffs,<br><br>v.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | Case No.  2:06-CV-00907-WBS-JFM<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Honorable William B. Shubb** |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rule 83-143, Plaintiffs PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 *et al.* and Defendants LIFFEY, LLC, McMORGAN & COMPANY LLC, DAVID HOWARD, WEINBERG, ROGER & ROSENFELD, BARRY HINKLE, STANTON, KAY & WATSON, JAMES WATSON, and EDWARD MEVI ("DEFENDANTS"), hereby stipulate by and through their attorneys of record that the time for DEFENDANTS to respond to Plaintiffs' First Amended Complaint in this action is extended to December 18, 2006.

IT IS SO STIPULATED.

Dated: November 3, 2006        ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Gabriel Z. Reynoso
Gabriel Z. Reynoso, Esq.
Attorneys for Defendant
LIFFEY, LLC

Dated: November 3, 2006        MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

/s/ Amanda Uhrhammer
Amanda Uhrhammer, Esq.
Attorneys for Plaintiffs
PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 *et al.*

Dated: November 3, 2006        BARGER & WOLEN LLP

/s/ Tino Do
Tino X. Do, Esq.
Attorneys for Defendants
McMORGAN & COMPANY LLC and DAVID HOWARD

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 3, 2006 | KEKER AND VAN NEST LLP |
| 3 | | |
| 4 | | /s/ Rachael Meny |
| | | Rachael Meny, Esq. |
| 5 | | Attorneys for Defendants |
| | | WEINBERG, ROGER & ROSENFELD and |
| 6 | | BARRY HINKLE |
| 7 | Dated: November 3, 2006 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 8 | | |
| 9 | | /s/ Thomas D'Amato |
| | | Thomas D'Amato, Esq. |
| 10 | | Attorneys for Defendants |
| | | STANTON, KAY & WATSON, JAMES |
| 11 | | WATSON and EDWARD MEVI |

OHS West:260118010.1 - 3 - STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
2:06-CV-00907-WBS-JFM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

THE FOREGOING PARTIES HAVING STIPULATED TO AN EXTENSION OF TIME FOR DEFENDANTS LIFFEY, LLC, McMORGAN & COMPANY LLC, DAVID HOWARD, WEINBERG, ROGER & ROSENFELD, BARRY HINKLE, STANTON, KAY & WATSON, JAMES WATSON, AND EDWARD MEVI ("DEFENDANTS") TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, **IT IS HEREBY ORDERED** that the time for DEFENDANTS to respond to the first amended complaint in this action is extended to December 18, 2006.

Dated: November 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com