Louise Burda Gilbert, California State Bar No. 70957
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:  916/558-6000
Facsimile:    916/446-1611

Attorneys for Defendant
Payne, Thompson, Walker & Taaffe

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUB; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERERUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>Plaintiffs,<br><br>vs.<br><br>McMORGAN & CO.; McMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. CIV.S-06-0907 WBS JFM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS PAYNE, THOMPSON, WALKER & TAAFFE TO RESPOND TO COMPLAINT |

Pension Trust Fund for Operating Engineers Local 3, *et al.* ("plaintiffs") and defendant Payne, Thompson, Walker & Taaffe ("Payne"), by and through their counsel, hereby stipulate to

---

{12795/15369/LBG/930059.DOC;}            1            Stip. & [Proposed] Order for Ext. of Time for
                                                      Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

1  / / /

2  an extension of time, up to and including April 13, 2007, for Payne to respond to
3  plaintiffs' complaint.

4  Payne has provided information to plaintiffs showing that Payne ceased
5  operations in 1995. Payne has also requested that plaintiffs dismiss Payne from
6  the lawsuit.

7  The parties have scheduled a mediation for March 2007 that may impact
8  the need for further proceedings.

9  No prejudice will occur if the time for Payne to respond is extended as
10  requested.

12  Dated: December  7 , 2006        Respectfully submitted,

13                                   WEINTRAUB GENSHLEA CHEDIAK
14                                   a law corporation

16                                   By:    /s/
                                         Louise Burda Gilbert
                                         State Bar No. 70957

18                                   Attorneys for Defendant
                                     Payne, Thompson, Walker & Taaffe

20  Dated: December __, 2006         MASTAGNI, HOLSTEDT, AMICK, MILLER,
21                                   JOHNSON & UHRHAMMER
                                     A Professional Corporation

23                                   By:    /s/
                                         Amanda Uhrhammer
                                         State Bar No. 199445

                                     Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS SO ORDERED that defendant Payne Thompson Walker & Taafe shall have up to and including April 13, 2007 to respond to the plaintiffs' complaint.

Dated:  December 13, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{12795/15369/LBG/930059.DOC;}   3   Stip. & [Proposed] Order for Ext. of Time for Def. Payne, et al. to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com