JAMES N. KRAMER (SBN 154709)
GABRIEL Z. REYNOSO (SBN 234027)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:      415-773-5759
jkramer@orrick.com
greynoso@orrick.com

Attorneys for Defendant
LIFFEY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3; JOHN BONILLA; GIL CROSTHWAITE; ROBERT DOUD; THOMAS HOLSMAN; JOHN HUMBER; JIM MURRAY; RICHARD PIOMBO; RENE VERCRUYSSEN; KEN WALTERS; LANCE WILHELM; CURTIS BROOKS; RUSS BURNS; CARL GOFF; FRANK HERRERA; T. ROBERT MILLER; WALT POWERS; JOE VIEIRA; ROB WISE,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MCMORGAN & CO.; MCMORGAN & COMPANY LLC; LIFFEY, LLC; STANTON, KAY & WATSON; WEINBERG, ROGER & ROSENFELD; VAN BOURG, WEINBERG, ROGER & ROSENFELD; JAMES WATSON; BARRY HINKLE; EDWARD MEVI; DAVID HOWARD; PAYNE, THOMPSON, WALKER & TAAFFE; AND DOES 1 TO 100, INCLUSIVE,<br><br>                    Defendants. | Case No.  2:06-CV-00907-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PROVIDING INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)**<br><br>**Honorable William B. Shubb** |

OHS West:260146550.1

STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR PROVIDING
INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)
2:06-CV-00907-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL 3 et al. and Defendants, MCMORGAN & COMPANY LLC and DAVID HOWARD ("McMorgan Defendants"), LIFFEY, LLC ("Liffey"), STANTON, KAY & WATSON, JAMES WATSON and EDWARD MEVI ("Stanton Defendants")and WEINBERG, ROGER & ROSENFELD and BARRY HINKLE ("Weinberg Defendants"), by and through their counsel, hereby stipulate to an extension of time to provide initial disclosures under Fed. R. Civ. P. 26(a)(1). Good cause exists for the stipulated extension.

## RECITALS

1. Counsel for Liffey will be unable to confer with their client in preparing the required Rule 26(a)(1) initial disclosures due to the fact that its primary contacts at Liffey, with authority to approve said initial disclosures, will be unavailable over the next few days as they travel for the Christmas and New Year holidays. Due to their absence, Liffey will not be able to provide complete initial disclosures by the existing December 26, 2006 deadline; and

2. Counsel for all parties, with the sole exception of PAYNE, THOMPSON, WALKER & TAAFFE, met telephonically on August 18, 2006, and conferred on case management issues, including but not limited to Rule 26(a)(1) initial disclosures, in advance of the initial status conference; and

3. All parties, with the sole exception of PAYNE, THOMPSON, WALKER & TAAFFE, submitted a Joint Status Report on December 4, 2006. PAYNE, THOMPSON, WALKER & TAAFFE did not submit any such statement in advance of the initial status conference. On December 15, 2006, the Court issued a Status (Pretrial Scheduling) Order addressing discovery, pretrial matters, and setting a trial date in the cases ordered related by this Court (2:06-CV-00904, 2:06-CV-00905, and 2:06-CV-00907); and

OHS West:260146550.1         - 2 -         STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR PROVIDING INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)
2:06-CV-00907-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com

4. PAYNE, THOMPSON, WALKER & TAAFFE, has been granted until April 13, 2007 to respond to Plaintiffs' First Amended Complaint. *See* Court Order, dated December 13, 2006. As such, PAYNE, THOMPSON, WALKER & TAAFE is not affected by this joint stipulation to extend the deadline to provide initial disclosures under Fed. R. Civ. P. 26(a)(1).

## **STIPULATION**

The parties request the Court to continue the deadline to provide initial disclosures under Fed. R. Civ. P. 26(a)(1) from December 26, 2006 to January 12, 2007. The extension is sought to permit all parties to confer with their respective legal counsel in preparing, and in advance of providing, the required initial disclosures.

**IT IS SO STIPULATED.**

Dated: December 20, 2006                                          ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                                  /s/ Gabriel Z. Reynoso
                                                                  Gabriel Z. Reynoso, Esq.
                                                                  Attorneys for Defendant
                                                                  LIFFEY, LLC

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: December 20, 2006 | MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER |

/s/ Amanda Uhrhammer
_____
Amanda Uhrhammer, Esq.
Attorneys for Plaintiffs
PENSION TRUST FUND FOR OPERATING
ENGINEERS LOCAL 3 et al.

| | |
|---|---|
| Dated: December 20, 2006 | BARGER & WOLEN LLP |

/s/ Tino Do
_____
Tino Do, Esq.
Attorneys for Defendants
McMORGAN & COMPANY LLC and
DAVID HOWARD

| | |
|---|---|
| Dated: December 20, 2006 | KEKER AND VAN NEST LLP |

/s/ Rachael Meny
_____
Rachael Meny, Esq.
Attorneys for Defendants
WEINBERG, ROGER & ROSENFELD and
BARRY HINKLE

OHS West:260146550.1 — - 4 - — STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR PROVIDING INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)
2:06-CV-00907-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: December 20, 2006 | MURPHY, PEARSON, BRADLEY & FEENEY

/s/ Thomas D'Amato
Thomas D'Amato, Esq.
Attorneys for Defendants
STANTON, KAY & WATSON,
JAMES WATSON and EDWARD MEVI

OHS West:260146550.1 — - 5 - — STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR PROVIDING INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)
2:06-CV-00907-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

THE PARTIES HAVING STIPULATED TO AN EXTENSION OF THE DEADLINE TO PROVIDE INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1), AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that

1. The deadline for providing initial disclosures under Fed. R. Civ. P. 26(a)(1) is extended to January 12, 2007.

Dated: December 21, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com