1  J. Russell Stedman (117130), rstedman@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California  94108
   Telephone:  (415) 434-2800
4  Facsimile:  (415) 434-2533

5  Attorneys for Defendants
   MCMORGAN & COMPANY LLC and DAVID
6  HOWARD

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  PENSION TRUST FUND FOR OPERATING    )   CASE NO.:  2:06-CV-00907-WBS-EFB
    ENGINEERS LOCAL 3; BOARD OF         )
13  TRUSTEES OF THE PENSION TRUST       )   JOINT STIPULATION AND [PROPOSED]
    FUND FOR OPERATING ENGINEERS        )   ORDER TO DISMISS ACTION WITH
14  LOCAL 3; JOHN BONILLA; GIL          )   PREJUDICE
    CROSTHWAITE; ROBERT DOUB;           )
    THOMAS HOLSMAN; JOHN HUMBER;        )
15  JIM MURRAY; RICHARD PIOMBO; RENE    )   Honorable William B. Shubb
    VERERUYSSEN; KEN WALTERS; LANCE     )
16  WILHELM; CURTIS BROOKS; RUSS        )
    BURNS; CARL GOFF; FRANK HERRERA;    )
17  T. ROBERT MILLER; WALT POWERS; JOE  )
    VIEIRA; ROB WISE,                   )
18                                      )
              Plaintiffs,               )
19                                      )
         vs.                            )
20                                      )
    MCMORGAN & CO.; MCMORGAN &          )
21  COMPANY LLC; LIFFEY, LLC; STANTON,  )
    KAY & WATSON; WEINBERG, ROGER &     )
22  ROSENFELD; VAN BOURG, WEINBERG,     )
    ROGER & ROSENFELD; JAMES WATSON;    )
23  BARRY HINKLE; EDWARD MEVI; DAVID    )
    HOWARD; PAYNE, THOMPSON,            )
24  WALKER & TAAFFE; AND DOES 1 TO      )
    100, INCLUSIVE,                     )
25                                      )
              Defendants.               )
26  _____    )

27

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiffs PENSION TRUST FUND FOR OPERATION ENGINEERS LOCAL 3 et al.

2   and Defendants MCMORGAN & COMPANY LLC, DAVID HOWARD, LIFFEY, LLC,

3   WEINBERG, ROGER & ROSENFELD (formerly known as VAN BOURG, WEINBERG, ROGER

4   & ROSENFELD), BARRY HINKLE, STANTON, KAY & WATSON, JAMES WATSON and

5   EDWARD MEVI ("Defendants"), by and through their counsel, hereby stipulate to dismissal of this

6   action in its entirety with prejudice.

7       IT IS SO STIPULATED.

8

9       Dated:  July __, 2007                    BARGER & WOLEN LLP

10

11                                              By:____/s/ J. Russell Stedman_____
                                                    J. Russell Stedman, Esq.
12                                                  Attorneys for McMORGAN & COMPANY
                                                    LLC and DAVID HOWARD
13

14      Dated:  July __, 2007                    MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                                JOHNSEN & UHRHAMMER
15

16

17                                              By:____/s/ David Mastagni_____
                                                    David Mastagni, Esq.
18                                                  Attorneys for PENSION TRUST FUND FOR
                                                    OPERATION ENGINEERS LOCAL 3 ET AL.
19

20

21      Dated:  July __, 2007                    KEKER & VAN NEST LLP

22

23                                              By:____/s/ Rachael Meny_____
                                                    Rachael Meny, Esq.
24                                                  Attorneys for WEINBERG, ROGER &
                                                    ROSENFELD and BARRY HINKLE
25

26

27

28

STIPULATION TO DISMISS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated:  July __, 2007                MURPHY, PEARSON, BRADLEY & FEENEY LLP

2

3                                          By:_____/s/ John Feeney_____
                                                John Feeney, Esq.
4                                               Attorneys for STANTON, KAY & WATSON,
                                                JAMES WATSON and EDWARD MEVI
5

6
     Dated:  July __, 2007                ORRICK, HERRINGTON & SUTCLIFFE LLP
7

8                                          By:_____/s/ James Kramer_____
9                                               James Kramer, Esq.
                                                Attorneys for LIFFEY, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-3-                                        2:06-CV-00907-WBS-EFB
                        STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

1

**[~~PROPOSED~~] ORDER**

2        IT IS SO ORDERED that the above-captioned matter is dismissed in its entirety with

3  prejudice.

4        Dated:___July 24, 2007

5

6                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-                                    2:06-CV-00907-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com